IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Mary Heath
_____, Plaintiff

v.

Root9B & Eric Hipkins
_____,

_____,

_____,

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Mary Heath, 1116 Lake Point Way, Suwanee, GA 30024
(Name and complete mailing address)

4014-641-4220
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Root9B, 102 N. Cascade Avenue, Colorado Springs, CO 80903
(Name and complete mailing address)
719-368-3677
(Telephone number and e-mail address if known)

Defendant 2: Eric Hipkins, 102 N. Cascade Avenue, Colorado Springs, CO 80903
(Name and complete mailing address)
719-368-3677
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)
_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☑ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Georgia_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of __Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Root9B & Eric Hipkins have committed Securities & Commodities Fraud

Supporting facts: They swindled their investors out of millions of dollars

CLAIM TWO: They falsely advertised they are the #1 one cyber security company

Supporting facts: Their website gives false data

### E.  REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

### F.  PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

6/12/2018
(Date)

(Revised December 2017)

6

Alfred A. Arraj United States Courthouse

Clerk's Office, Room A105

901 19th Street

Denver, CO 80294-3589


Mary Heath

Vs

Root9B & Eric Hipkins

Root9B & CEO Eric Hipkins have committed Securities & Commodities Fraud. I can prove that Root9B, under the guidance of its CEO Eric Hipkins, swindled their investors out of millions of dollars. They did this by allowing their corporate investors to do a lot of insider trading of Root9B stock. This gave the illusion that the company was growing. The stock rose to $11.99 per share. They also advertised that they were the number 1 Cyber Security Company in the United States. Then the corporate investors began to sell their shares of stock. The stock fell to below $1.00 per share. With

Eric Hipkins approval, the company was foreclosed on and sold to a private investor. Root9B staff was then rehired by Mr. Hipkins. Using investors money, the company is growing. They gained a government contract by using investors money.

I wish to be compensated for my investment. I had 64,000 shares of Root9B stock. They were at one point worth $11.99 per share. That means my investment would be worth $737,360. I am asking for $262,640 punitive damages. I am asking the court to award me $1 million dollars against each party. That means a total judgement of 2 million dollars. I look forward to my day in court.

Sincerely,

*Mary Heath*

Mary Heath